WALTER TURLEY ET ALS               NO. 8890

VS                           :          COURT OF APPEAL

MR. & MRS. BURNELL H. GOINS    :          PARISH OF ORLEANS

: : : : : : : :

- - - -

WILLIAM A. BELL, JUDGE

- - - -

FEBRUARY 19, 1923.

Court of Appeal
Parish of Orleans
FILED 2/19/23

289

By WILLIAM A. BELL, Judge.

This is a suit upon an open account for groceries alleged to have been sold and delivered by plaintiffs to defendants in the sum of $281.39. There was judgment against one of the defendants in the trial court for the full amount claimed, suit as against his wife having been dismissed. Appellees have not prayed for any amendment of the judgment, from which, only the defendant cast, has appealed.

The record does not disclose any rulings by the trial court upon the exceptions of vagueness, misjoinder and no cause of action, all of which exceptions are hereby overruled, the only serious defense being that of payment, which necessarily renders the aforesaid exceptions frivolous and inconsistent.

Appellant's testimony is to the effect that after some dispute between him and plaintiffs concerning the correctness of the bill, it was finally agreed between them that the amount due was only $97.00, and that he ultimately paid this amount by a check directly given to plaintiff for the sum of $5.00, and by a cash payment of $25.00, followed by certain other cash payments of $67.00, the latter payments having been made from time to time to one of plaintiffs' agents or collectors. The total amount of groceries sold appear to have been $301.39, against which plaintiffs swear there was paid the sum of $5.00 in cash and $25.00 by check, or a total credit of $30.00, leaving a balance due of $281.39. No checks of any kind have been produced by appellant to show these payments and when asked by the Court if receipts were given by either plaintiffs or their agent for payments on account he answers "Yes," claiming, however, that said receipts were burned. In the next breath he denies that any receipts were given.

Under such, and no better evidence than this, it is con-

clusive that appellant has wholly failed to establish with certainty, as the law requires him to do, the plea of payment herein urged.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the judgment herein appealed from be and the same hereby is affirmed at defendant's costs in both courts.

JUDGMENT AFFIRMED                          FEBRUARY 19, 1923.